# EXHIBIT 5

IN THE MUNICIPAL COURT OF THE CITY OF BRYAN
IN AND FOR WILLIAMS COUNTY, OHIO
1399 East High Street, P.O. Box 546
Bryan, OH 43506
(419)636-6939

CRB 23007O8

**STATE OF OHIO** :
: SS.
**WILLIAMS COUNTY** :

COMPLAINT

Before me, Alexandra Smith, Deputy Clerk of said Municipal Court, personally came Captain Jamie Mendez of the City of Bryan Police Department who being duly sworn according to law, deposes and says that on or about November 3, 2023, through November 20, 2023, at the County of Williams, within the jurisdiction of the Bryan Municipal Court,

Christopher B. Avell dba Dad's Place
226 Rear S. Main
Bryan, Ohio 43506

Did use or occupy any land or place; build, erect, alter, remodel, restore, or rebuild thereon any building or structure; permit any building or structure to remain on such land; or use, occupy, or operate such building or structure, in any way or for any use or purpose which is not permitted by the provisions of this Planning and Zoning Code; or to wit: Allowed transients/homeless to reside within the building for an extended amount of time. Person(s) are allowed to eat, wash clothes, and sleep on property that is zoned C-3 central business, and not for residential use.

Social Sec. No.   XXX-XX-1853
Appearance Date and Time THURSDAY January 4, 2023 at 10:30 AM
Location   1399 East High Street, Bryan, Ohio
          ** IF THE DEFENDANT REMAINS INCARCERATED, HE/SHE SHALL APPEAR **
              ** IN COURT THE NEXT WORKING DAY **

Date of Birth:    06/17/1975
Op. License No:   SS285953
State:            Ohio

Contrary to section **1125.04(a)**, of the Codified Ordinances of the City of Bryan, State of Ohio, and in violation thereof and against the peace and dignity of the State of Ohio.

_____
Complainant

Sworn to and subscribed before me, this 7th day of December, 2023.

Trisha M. Russell
Clerk of the Bryan Municipal Court.

By _____
Deputy Clerk

TRISHA M. RUSSELL
CLERK
2023 DEC -8 AM 8:33
FILED