# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## TOLEDO DIVISION

|  |  |
|---|---|
| DAD'S PLACE OF BRYAN OHIO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BRYAN; MAYOR CARRIE SCHLADE, *in her official and personal capacities*; JAMIE MENDEZ, *in his official and personal capacities*; ANDREW J. WATERSON, *in his official and personal capacities*, DOUG POOL, *in his official and personal capacities*,<br><br>Defendants. | Civil Action No. 3:24-cv-00122-JZ<br><br>JURY TRIAL REQUESTED<br><br>**DECLARATION OF CHRISTOPHER AVELL** |

I, Christopher Avell, hereby declare under 28 U.S.C. § 1746 as follows:

1. My name is Christopher Avell.  I am a resident of Bryan, Ohio.  I am over 18 years old, of sound mind, and otherwise competent to make this Declaration.

2. The evidence set forth in this Declaration is based on my personal knowledge.

3. I am the pastor of Dad's Place of Bryan Ohio (the "Church" or "Dad's Place"), the Plaintiff in this lawsuit.

4. The safety of each and every person who comes to Dad's Place is of the utmost concern to the Church as it seeks to care for both their physical and spiritual needs.

5. Pursuant to this concern and representations made by the Church to the Court, Dad's Place has continued its efforts to create a safe environment at the Church for anyone who visits it.

6. Thus, the Church has, among other things, taken the following actions in response to safety concerns raised by City of Bryant and the other Defendants (collectively, the "Defendants"):

    a.    Removed the burners from the Church's stovetop;

    b.    Removed the washer and dryer units previously located in the Church's basement;

    c.    Refrained from cooking anything in the Church's oven that produces grease;

    d.    Tested and updated fire extinguishers as needed;

    e.    Ensured all exit signs were operating properly;

    f.    Replaced old electrical outlets with GFI outlets;

    g.    Installed a crash bar on the Church's front door;

    h.    Removed locks from other exterior doors;

132729261v1

2

       i.     Leased two apartments in Bryan to house volunteers assisting the Church with its 24-hour ministry or to house congregants in need of a residence; and

       j.     Posted a new sign at the church explaining the Church's longstanding policies regarding its 24-hour ministry and permissible personal belongings that visitors may bring into the Church.[1]

7. As a result of these efforts, Dad's Place resolved all fire code violations alleged by the City as of January 2024.

8. Additionally, on or about March 20, 2024, the Church began the application process for a Certificate of Occupancy with the Ohio Department of Commerce, Division of Industrial Compliance seeking to obtain any approval required by the State for the Church to operate its 24-hour ministry.  A true and correct copy of this Application is attached hereto as Exhibit "B."

9. Despite these efforts, the Church has continued to be subjected to harassment and new threats of legal sanctions for operating its ministry.

10. On March 5, 2024, one or more City officials arrived at the Church at 5:30am to perform an unannounced fire safety inspection of the Church.

---

[1] A true and correct copy of this sign is attached hereto as Exhibit "A."

11. The timing of the City's fire inspection was inconsistent with its previous practice of conducting such inspections during normal business hours, nor am I aware of any other business in Bryan that has faced similar fire inspections so early in the morning.

12. After conducting the inspection, the City officials concluded no violations existed and drafted a report indicating these findings. A true and correct copy of this March 5, 2024 report is attached hereto as Exhibit "C."

13. Fearing additional legal action by the City, the Church began looking for long-term residential accommodations for congregants who were attending the Church's "Rest and Refresh in the Lord" ministry on a daily basis.

14. One such individual was Mr. Jamy Shaffer, a 50-year-old man who had been attending the Church for years and staying at the Church overnight for its Rest and Refresh ministry.

15. While staying at the Church overnight, the congregation discovered that Mr. Shaffer suffered from a medical condition that caused him to have seizures while he slept.

16. Wishing to avoid any future enforcement actions by the City for Mr. Shaffer's repeated stays at the Church overnight, the Church arranged for Mr. Shaffer to stay in an apartment the Church was leasing for one of its ministry volunteers.

17. Mr. Shaffer stated he preferred staying at the Church and felt safer staying at the Church because he did not want to be alone at night given his medical condition.

18. However, fearing retribution by the City, the Church asked Mr. Shaffer to set aside his reservations and relocate to the apartment.

19. On April 12, 2024, Mr. Shaffer suffered another seizure episode while staying alone at the apartment and passed away.  A copy of Mr. Shaffer's obituary is available at the following link: https://www.krillfuneralservice.com/obituaries/jamy-shaffer.

20. But for the City's pressure on the Church over the last several months to cease its 24-hour ministry, Mr. Shaffer would have been at the Church on the night he passed away, where he could have obtained life-saving emergency medical treatment from other congregants.

21. While the congregation was still grieving the loss of Mr. Shaffer, the City yet again arrived at Dad's Place at 5:30am on April 24, 2024 to conduct another unannounced fire safety inspection.

22. City officials present for this inspection included Fire Chief Doug Pool, Assistant Fire Chief Jeremy Miklovic, and a City police officer that I did not recognize.

23. When I asked Chief Pool about the reason for the inspection, he stated it was a follow-up to the City's previous March 5, 2024 inspection.

24. After completing the inspection, the City issued a citation to the Church alleging two fire code violations: (1) the City renewed its previous position that the Church's 24-hour ministry constituted an unlawful change of use; and (2) the City alleged for the first time that the Church must install an automatic sprinkler system in its

132729261v1

building.  True and correct copies of the City's April 24, 2024 inspection report and citation are attached as Exhibits "D" and "E" respectively.

25. The violation for not having an automatic sprinkler system directly contradicts Chief Pool's previous representation that no such sprinklers were necessary at the Church.

26. The citation threatens the Church with fines of $1,000 per day if the Church does not halt its 24-hour ministry beginning on May 1, 2024.

27. It further threatens an additional $1,000 fine if the Church does not immediately post the citation in a prominent location.

28. The City has also threatened to bring new criminal charges against me if the Church does not cease its 24-hour ministry.

29. Moreover, the City's repeated unannounced inspections and threats of new enforcement actions against the Church has traumatized its congregants and deprived them of what little peace of mind they possessed given their various difficult life circumstances that led them to come to the Church.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2024.

_/s/Christopher Avell_____
Christopher Avell

# Exhibit A

# Our dream is to share the love of Christ by offering a safe place of prayer, rest, peace, and hope 24/7.

# HELP US - IMPORTANT INFORMATION

In case of _emergency_ call 911

If you need _urgent_ assistance call 567-210-1641





## HAVE YOU REMEMBERED YOUR PERSONAL ITEMS?

Your personal property is important to us. When you leave, please remember to take your personal items w/ you. If left behind they may get lost, used, or thrown away. And, remember, we are a church so please try to limit your personal items to what can fit in a purse, tote bag or backpack.

## WHAT ARE THE CAMERAS FOR?

Our cameras not here to spy on you. They are recording 24/7 to keep eveyone safe & secure.

## WHEN DO I HAVE TO LEAVE?  CAN I STAY THROUGH THE NIGHT HOURS?  DO YOU HAVE BEDS?

You're welcome to stay, we do not ask anyone to leave without Biblical reason. We are not a residence or a shelter & we do not have beds. However we want you to to be able to rest, relax and find peace here. At 11p we turn down the lights, encourage quiet, & play scripture for our rest and refresh time which runs through 8a.

# - LOVE ONE ANOTHER & SHOW RESPECT -

**This is God's house so please no sexual activities, drinking/drugs, violence, etc.**



Be Respectful

## CHURCH ACTIVITIES

You are welcome here during our services and activities and you may participate (or not) if you choose. But please be respectful and do not interfere.

## CHURCH TECH

Our A/V equipment, computers, and various office equipment is not for use without permission from a church leader.

## CLOSED DOORS

Some areas are closed off for church use only. Please do not enter any area that has a closed door.

## WE'RE PET FRIENDLY

If your small pet is people and pet friendly, they are welcome here! Please show love by picking up after your pet both inside and outside of the building. We LOVE pets, but nobody likes stinky shoes!



24/7

OPEN

# Exhibit B



# Application for Certificate of Occupancy

❖ **Introduction:**

Section 111.1 Ohio Building Code states that no building or structure, in whole or in part, shall be used or occupied until the building official has issued an approval in the form of a certificate of occupancy. The certificate of occupancy shall indicate the conditions under which the building shall be used. The building owner shall only use the structure in compliance with the certificate of occupancy and any stated conditions. The structure and all approved building service equipment shall be maintained in accordance with the approval. When a building or structure is entitled thereto, the building official shall issue a certificate of occupancy provided there are not violations of law or orders of the building official pending or as permitted in this section.

**Please note that when an application for plan approval for a new building construction, alteration, addition, or change of occupancy is filed, a certificate of use and occupancy will be issued automatically at the completion of all required inspections in accordance with section 109 Ohio Building Code. <span style="color:red">The permit applicant does not need to submit this application form (DIC3019).</span> However, it the applicant wishes to occupy a portion of building prior to the completion of the entire approved scope of work, please follow the procedures for APPLICATION FOR PARTIAL OCCUPANCY in another bureau policy.**

❖ **Certificate of Occupancy qualifications:**

The certificate of use and occupancy can be obtained for the following occupancy types:

• **EXISTING BUILDING CERTIFICATE OF OCCUPANCY:** According to the Ohio Building Code Section 111.4, the owner of an existing building may request the issuance of a Certificate of Use and Occupancy.   Upon written request from the owner, the building official shall issue a certificate of occupancy, **provided there are not violations of law or orders of the building official pending, and it is established after inspection and investigation** that the alleged occupancy of the building or structure has heretofore existed. <span style="color:red">**Please be aware that an existing building with proposed change of occupancy, alterations, or addition, according to Ohio Building Code is not qualified for this application.**</span>

• **TIME-LIMITED CERTIFICATE OF OCCUPANCY:**  According to Ohio Building Code Section 111.1.1.4, a time-limited Certificate of Occupancy can be issued for a building or structure **changed in part from one occupancy to another for a limited time period**. The building official may stipulate any special conditions under which the building may be occupied for the specified time.

❖ **Required supporting documents for each type of certificate of occupancy:**

▪ **EXISTING BUILDING OCCUPANCY:**
**(Please review carefully the "change of occupancy" policy form 3016B to ensure that your application is qualified for an existing building occupancy rather than change of occupancy).**

Bureau of Building Code Compliance
6606 Tussing Road
Reynoldsburg, OH 43068-9009

*An Equal Opportunity Employer and Service Provider*

614-644-2622
Fax 614 -644-3145
TTY/TDD 800-750-0750
com.ohio.gov

Ohio Department of Commerce                          Application for certificate of occupancy

1. Completed application for certificate of occupancy (DIC 3019),
2. Payment for application fees,
3. A most recent **building fire safety inspection report** showing that there are **no violations of law or orders** pending in the building must be submitted with this application.
4. A written request from the owner of the building stating the use occupancy of the building as it has been known to the public for a minimum of 2 years and documents of proof such as copies of utility bills, insurance statements, etc., with the name of business.
5. A copy of the floor plans for the building showing all exits, room name, occupant load, and dimension of each room.
6. **For a day care center** in an existing building application, Include a floor plan drawn on a minimum 8 ½ x 11 sheet of paper for each floor that indicates the following:
   - Room name and dimension of each room,
   - Number and age of children in each room
   - If there are dividers of any kind within the room, indicate type & height
   - Location & width of all exit doors w/ exit signs or indicated on the drawings.
   - If rooms have doors directly to the outside, indicate whether there are steps or ramp outside of the exit doors
   - Indicate location & number of toilet fixtures.

- **TIME-LIMITED OCCUPANCY:**

  1. Completed application for certificate of occupancy (DIC 3019),
  2. Payment for application fees,
  3. A most recent **building fire safety inspection report** showing that there are **no violations of law or orders** pending in the building must be submitted with this application,
  4. A copy of the floor plans for the building showing all exits, room name, dimension, and occupant load of each room.

❖ **How to apply for this certificate of occupancy:**

1. Apply online through web portal: https://icportal.com.ohio.gov/web/ohio/login
   If you have not registered as a member in the web portal, you must complete the registration process first. Once you are registered, you can follow the screen instructions to apply for the certificate of occupancy and upload all required supporting documents (in .PDF format) in the attachment tab.

2. Apply in paper format:
   Complete the application form (DIC 3019) and mail in, fax in (614) 644-3145, or e-mail in (BDCCPlans@com.state.oh.us) the application form along with all required supporting documents.

❖ **Inspection and certificate issuance procedures:**

- Once documentation has been reviewed and application has been processed, you will receive notification **in the mail or e-mail or download the acceptance letter from web portal** regarding the procedure to schedule the appropriate structural and electrical safety inspections.  Allow up to 5 business days for the processing of the application. Additional questions may be directed to Building Code Compliance at 800/523-3581 or 614/644-2622.

Ohio Department of Commerce                           Application for certificate of occupancy

- If DIC structural inspectors determine that a plumbing inspection is required for the day care center requesting for certificate of occupancy, an additional plumbing inspection fee of $175.00 shall be paid for the plumbing inspection and plumbing inspection shall be completed prior to the issuance of the certificate of use and occupancy.

- Once ALL required inspections are completed, a certificate of use and occupancy will be issued and mailed to the owner. The certificate of occupancy can also be downloaded through web portal.

**Revised 04/02/2019**

**Ohio** | **Department of Commerce**
Division of Industrial Compliance

# APPLICATION FOR CERTIFICATE OF USE AND OCCUPANCY

| 1 | Type of Certificate of Occupancy: (check one; see definition in the policy or instruction sheet) |

✔ Existing Building (Including daycare) _____ Time-Limited Occupancy for _____ days

| 2 | Is this building located in an incorporated city, township, or village? ✔ Yes _____ No |

| 3 | Name of Business: Dad's Place of Bryan, Ohio | County: Williams |

Building Address: 226 Rear S. Main St. and 216 Main St. City Bryan Zip 43506

Direction to building: One block south of the Williams County Courthouse, on Main St.

| 4 | Building owner Riehle Rentals LLC | Attention Delton Riehle |

Address 15591 County Road D50 City Bryan State Ohio Zip 43506

Phone (419) 636-1916 Fax _____ E-mail: _____

| 5 | Applicant Dad's Place of Bryan, Ohio | Attention Chris Avell |

Address 227 S Beech St. City Bryan State Ohio Zip 43506

Phone _____ Fax _____ E-Mail: dpoz@live.com

| 6 | Building Information: (Required to be shown on the certificate of occupancy) |

Use group(s) Assembly   Construction type: _____   Building area (sf) 6023

Mixed use groups? _____ Yes ✔ No _____ Separated _____ Non-Separated

Building height (ft) 10   No. of Stories? 1   Storage height (ft)? _____ Occupant Load? 192

Type of fire protection system: (Provide names of system; i.e., NFPA 13, NFPA72, etc.)

Building Sprinkler: Unknown   Sprinkler demand @ base of riser (PSI): _____

Limited area sprinkler Unknown   Type 1 hood sprinkler? Unknown   In-rack sprinkler: _____

Building fire alarm: Unknown   Fire detection system? Unknown   Smoke detection? Unknown

| 7 | **Required supporting documents: (All documents are required; see instructions for details)** |

[X] Proof of building use group   [X] Most recent fire safety inspection report   [X] Floor plans

| 8 | For Time-Limited Occupancy application only: |

Current building use group: _____   Proposed new use group: _____

| 9 | Fees to be Paid (Minimum 2 inspections) | 10 | I hereby certify that I am the (check one) |

Structural safety inspection       $150.00    _____ Owner   ✔ Agent for the owner

Electrical safety inspection        $150.00    and all information contained in this application is

Board of Building Standards fees     $10.00    true, accurate, and complete to the best of my

Knowledge.

**Total fee due:** **$310.00**

s/ Philip D. Williamson

| 11 | Fee Paid by: (check one applicable) |

Signature: _____

Cash X   Check _____   Credit card _____   ISTV _____   Print name Philip D. Williamson   Date 04/10/24

| 12 | **THIS AREA IS FOR OFFICIAL USE ONLY** |

Date Received: _____   CPA No. _____   _____ Mail-In   _____ Walk-In

Check Number: _____   Verification No.: _____   Processed by: _____

DIC 3019 Revised 04/02/2019

Bureau of Building Code Compliance
6606 Tussing Road
Reynoldsburg, OH 43068-9009

An Equal Opportunity Employer and Service Provider

614-644-2622
Fax 614 -644-3145
TTY/TDD 800-750-0750

com.ohio.gov

## INSTRUCTIONS FOR COMPLETING

## APPLICATION FOR CERTIFICATE OF USE AND OCCUPANCY (DIC #3019)

**Application Directions: All boxes, 1 through 11, must be completed in full or the application will be returned. Please type or print legibly (in blue or black ink). Application forms are also available on our website: www.com.ohio.gov/**

1. Check the type of certificate of use and occupancy that you are requesting.

   - **Time-Limited occupancy:** For an existing building or structure that you wish to use or occupy a portion of the building for a use occupancy purpose other than what it was originally approved for a limited period of time per section 111.1.5 Ohio Building Code. You must specify how many days that you wish to occupy the building or structure for the new use occupancy purpose.
   - **Existing building occupancy:** For an existing building that you wish to receive a new certificate of use and occupancy because you have misplaced or lost the original one or as required by other local authorities. **Existing buildings with alterations, additions, or change of use and occupancy to an existing building are not qualified for this application.**

2. Is the building located in a city, township, or village?
3. List exact title of project or name of business. Provide specific address and location including tenant space, suite numbers, floor number, crossroads, landmarks or any other directional guides.
4. List the owner of project, their address, telephone, and a contact person.
5. List the name of submitter, their address, and telephone. Correspondence will be sent to submitter.
6. Provide all required building information; these are necessary for the new certificate of use and occupancy
7. **Provide all necessary supporting documents for any existing building.**
   - **Proof of use group can be past utility bills, lease agreement, insurance statement showing the use purpose of the existing building in the past.**
   - **Fire safety inspection conducted by the local fire authority showing no outstanding violations.**
   - **Floor plans must contain all exits, room name, dimension, and occupant load for each room; For daycare center, it must also show the age range of children being cared for in each room.**
8. For time-limited occupancy application only; provide the use group classification for the existing building and the proposed use group classification.
9. Fees to be paid at the time of application submission.
10. Application cannot be processed without the signature of the owner or agent for the owner.
11. Please list method of payment. Make check payable to: **Treasurer, State of Ohio** if paid by a check.
12. This space is reserved for official use only.

- **Mail completed application form along with payment and plans to "State of Ohio, Department of Commerce, Division of Industrial Compliance, Bureau of Building Code Compliance, 6606 Tussing Road, Reynoldsburg, Ohio 43068-9009." or,**
- **Fax application and all supporting documents to 614-644-3145, e-mail to (BDCCPlans@com.state.oh.us) and pay by credit cards.** DO NOT WRITE CREDIT CARD NUMBER ON THE APPLICATION. **Include a phone number where you can be reached for the credit card information. Once documentation has been reviewed and approved, you will receive notification in the mail regarding the procedure to schedule inspections, or**
- **Go onto online web portal: https://icportal.com.ohio.gov/web/ohio/login to complete the application form and upload all required supporting documents.**

Once all required safety inspections are conducted and passed, a certificate of use and occupancy will be issued and mailed to the applicant. The certificate of use and occupancy will also be available on the web portal for downloading.

**063-170-72-016.000**

**3/26/2024**

Vickie L. Grimm
County Auditor
Williams County, Ohio
realestate.williamscountyoh.gov

| Parcel | Address | Owner | Appraised |
|---|---|---|---|
| 063-170-72-016.000 | 222 S MAIN ST | RIEHLE RENTALS LIMITED LIABI… | $238,500.00 |
| 429 - OTHER RETAIL STRUCTUR… | | SOLD: 4/7/1998 $0.00 | ACRES: 0.2000 |

## Photos




## Sketches




## Location

| | |
|---|---|
| Parcel | 063-170-72-016.000 |
| Owner | RIEHLE RENTALS LIMITED LIABILITY COMPANY |
| Address | 222 S MAIN ST |
| Municipality | BRYAN CITY |
| Township | |
| School District | BRYAN CSD |

## Deeded Owner Address

| | |
|---|---|
| Mailing Name | RIEHLE RENTALS LIMITED LIABILITY COMPANY |
| Mailing Address | 15591 COUNTY ROAD D50 |
| City, State, Zip | BRYAN OH 43506 |

## Tax Payer Address

| | |
|---|---|
| Mailing Name | RIEHLE RENTALS LIMITED LIABILITY COMPANY |
| Mailing Address | 15591 COUNTY ROAD D50 |

City, State, Zip                    BRYAN OH 43506

## Valuation

| Year | Appraised (100%) | | | Assessed (35%) | | |
|------|------|--------------|-------|------|--------------|-------|
|      | Land | Improvements | Total | Land | Improvements | Total |
| 2018 | $19,800.00 | $218,700.00 | $238,500.00 | $6,930.00 | $76,550.00 | $83,480.00 |
| 2012 | $19,800.00 | $202,900.00 | $222,700.00 | $6,930.00 | $71,020.00 | $77,950.00 |
| 2006 | $42,900.00 | $208,700.00 | $251,600.00 | $15,020.00 | $73,050.00 | $88,070.00 |
| 2003 | $0.00 | $158,700.00 | $158,700.00 | $0.00 | $55,550.00 | $55,550.00 |
| 2000 | $43,300.00 | $141,700.00 | $185,000.00 | $15,160.00 | $49,600.00 | $64,760.00 |
| 1996 | $34,700.00 | $127,300.00 | $162,000.00 | $12,150.00 | $44,560.00 | $56,710.00 |

### Historic Appraised (100%) Values



## Current Abatements And/Or Exemptions

No Abatement or Exemption Record Found.

## Legal

| Legal Acres | 0.2000 | Homestead Reduction | N |
|-------------|--------|---------------------|---|
| Legal Description | LOT 112 ORIGINAL PLAT ^ ^ ^... | Owner Occupied | N |
| Land Use | 429 - Other retail structures | Foreclosure | N |
| Neighborhood | 01106 | Board of Revision | N |
| Card Count | 2 | New Construction | N |
| Tax Lien | N | Lender ID | 0 |
| Annual Tax | $5,325.28 | Divided Property | N |
| Routing Number | | | |

## Notes

No Note Records Found.

## Residential

No Residential Records Found.

## Additions

No Addition Records Found.

## Agricultural

No Agricultural Records Found.

## Commercial

| Occupancy Type Code | Description | Card | Year Built | Effective Age | Class | Section Number | Section Area | Wall Height | Section Stories |
|---|---|---|---|---|---|---|---|---|---|
| 353 | Retail Store | 1 | 1920 | 51 | C | 1 | 6,023 | 10 | 1 |
| 352 | Multiple Resid. (Low Rise) | 1 | 1920 | 51 | C | 2 | 1,298 | 10 | 1 |
| 353 | Retail Store | 2 | 1920 | 51 | C | 1 | 1,656 | 10 | 1 |
| 352 | Multiple Resid. (Low Rise) | 2 | 1920 | 51 | C | 2 | 1,656 | 10 | 1 |
| **Totals** | | | | | | | 10,633 | | |

## Sales

| Date | Buyer | Seller | Conveyance Number | Deed Type | Deed | Book/Page | Valid | Parcels In Sale | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/7/1998 | RIEHLE RENTALS LIMITED LIABILITY COMPANY | RIEHLE DELTON AND JANICE | 178 | QE−QUIT CLAIM DEED EXEMPT | | / | NO | 1 | $0.00 |
| 1/1/1990 | RIEHLE DELTON AND JANICE | Unknown | 0 | Unknown | | / | UNKNOWN | 0 | $0.00 |

## Land

| Land Type | Acres | Actual Frontage | Effective Frontage | Depth | Depth Factor | Base Rate | Unit Rate | Adj. Rate | Appraised Value (100%) |
|---|---|---|---|---|---|---|---|---|---|
| CP - Commercial Acreage | 0.2000 | 0 | 0 | 0 | 220% | $45,000.00 | $45,000.00 | $99,000.00 | $19,800.00 |
| **Totals** | 0.2000 | | | | | | | | $19,800.00 |

## Improvements

No Improvement Records Found.

## Tax

### 2023 Payable 2024

| | Delinquency | First Half | Second Half | Year Total |
|---|---|---|---|---|
| CHARGE | $0.00 | $3,380.94 | $3,380.94 | $6,761.88 |
| ADJUSTMENT | | $0.00 | $0.00 | $0.00 |
| REDUCTION | | –$718.30 | –$718.30 | –$1,436.60 |
| NON-BUSINESS CREDIT | | $0.00 | $0.00 | $0.00 |
| OWNER OCCUPANCY CREDIT | | $0.00 | $0.00 | $0.00 |
| HOMESTEAD | | $0.00 | $0.00 | $0.00 |
| SALES CREDIT | | $0.00 | $0.00 | $0.00 |
| NET TAX | $0.00 | $2,662.64 | $2,662.64 | $5,325.28 |
| CAUV RECOUPMENT | $0.00 | $0.00 | $0.00 | $0.00 |
| SPECIAL ASSESSMENTS | $0.00 | $0.00 | $0.00 | $0.00 |
| PENALTY / INTEREST | $0.00 | $0.00 | $0.00 | $0.00 |
| NET OWED | $0.00 | $2,662.64 | $2,662.64 | $5,325.28 |
| NET PAID | $0.00 | –$2,662.64 | –$2,662.64 | –$5,325.28 |
| NET DUE | $0.00 | $0.00 | $0.00 | $0.00 |
| TAX RATE: 81.000000 | | | ESCROW | $0.00 |
| EFFECTIVE TAX RATE: 63.791002 | | | SURPLUS | $0.00 |

## Tax Payments

| Payment Date | Cycle | Prior Paid | First Half Paid | Second Half Paid | Surplus Paid | Receipt Number |
|---|---|---|---|---|---|---|
| 1/25/2024 | 1-23 | $0.00 | $2,662.64 | $2,662.64 | $0.00 | Cashier2-01252024-51-1 |
| 2/3/2023 | 1-22 | $0.00 | $2,667.73 | $2,667.73 | $0.00 | Becky2-02032023-69-1 |
| 2/9/2022 | 1-21 | $0.00 | $2,667.29 | $2,667.29 | $0.00 | Connie3-02092022-241-1 |
| 6/10/2021 | 2-20 | $0.00 | $0.00 | $2,695.65 | $0.00 | Anna1-06102021-112-1 |
| 2/3/2021 | 1-20 | $0.00 | $2,695.65 | $0.00 | $0.00 | Becky2-02032021-102-1 |

## Tax Distributions

### 2023



| Levy Name | Amount | Percentage |
|---|---|---|
| School District | $3,686.44 | 69.23% |
| City/Village | $233.74 | 4.39% |
| County | $1,112.86 | 20.90% |
| JVS | $292.24 | 5.49% |
| Totals | $5,325.28 | 100% |

## Special Assessments

No Special Assessment Records Found.

# BRYAN FIRE DEPARTMENT
**INSPECTION REPORT**
**BLDG 226 S MAIN, 226 S MAIN ST, BRYAN OH 43506**



## DETAILS

Inspection Date: 03/05/2024 | Inspection Type: Complaint | Inspection Number: 52 | Shift:  N/A | Station: Bryan Fire Department |
Unit:  N/A | Lead Inspector: Douglas Pool | Other Inspectors: Jeremy Miklovic

## VIOLATIONS AND COMPLIANCES

No Violations or Compliances selected to show for this inspection. Please reach out to the lead inspector for more details.
Resolved Violations: 0 | Passed Codes: 0 | Violations: 0 | N/A Codes: 0

## GENERAL NOTES

Jeremy Miklovic - 03/05/2024 @ 05:30

Jeremy Miklovic - 03/05/2024 @ 05:31

Jeremy Miklovic - 03/05/2024 @ 05:31

Jeremy Miklovic - 03/05/2024 @ 05:31

Douglas Pool - 03/05/2024 @ 07:20     Walk in to 24 hour operated facility. More than 6 people in room sleeping on 3 to 4 chairs pulled together. No one was awake and overseeing operations. Lights were on. Walked through open areas of the facility. No one in the Main St side of the building. Noted lock on basement door and stove range top lifted and unusable. Did not open door to "office" as no staff was available.

## NEXT INSPECTION DATE

No Inspection Scheduled

## FEE

Invoice Date:  N/A | Inspection Fee:  N/A | Date Paid:  N/A | Amount Paid:  N/A | Invoice Number:  N/A | Check Number:  N/A |
Transaction Number:  N/A

## CONTACT SIGNATURE

Chris Avell                                    Reason for not collecting a signature: Unable to find contact after inspection

## INSPECTOR SIGNATURE

Douglas Pool
Signed on: 03/05/2024 @ 07:22

## QUESTIONS ABOUT YOUR INSPECTION?

Douglas Pool
dpool@cityofbryan.com
4196336090

# Exhibit C

# BRYAN FIRE DEPARTMENT
**INSPECTION REPORT**
**BLDG 226 S MAIN, 226 S MAIN ST, BRYAN OH 43506**



### DETAILS

Inspection Date: 03/05/2024 | Inspection Type: Complaint | Inspection Number: 52 | Shift:  N/A | Station: Bryan Fire Department |
Unit:  N/A | Lead Inspector: Douglas Pool | Other Inspectors: Jeremy Miklovic

### VIOLATIONS AND COMPLIANCES

No Violations or Compliances selected to show for this inspection. Please reach out to the lead inspector for more details.
Resolved Violations: 0 | Passed Codes: 0 | Violations: 0 | N/A Codes: 0

### GENERAL NOTES

Jeremy Miklovic - 03/05/2024 @ 05:30

Jeremy Miklovic - 03/05/2024 @ 05:31

Jeremy Miklovic - 03/05/2024 @ 05:31

Jeremy Miklovic - 03/05/2024 @ 05:31

Douglas Pool - 03/05/2024 @ 07:20          Walk in to 24 hour operated facility. More than 6 people in room sleeping on 3 to 4 chairs pulled together. No one was awake and overseeing operations. Lights were on. Walked through open areas of the facility. No one in the Main St side of the building. Noted lock on basement door and stove range top lifted and unusable. Did not open door to "office" as no staff was available.

### NEXT INSPECTION DATE

No Inspection Scheduled

### FEE

Invoice Date:  N/A | Inspection Fee:  N/A | Date Paid:  N/A | Amount Paid:  N/A | Invoice Number:  N/A | Check Number:  N/A |
Transaction Number:  N/A

**CONTACT SIGNATURE**

Chris Avell                                   Reason for not collecting a signature: Unable to find contact after inspection

**INSPECTOR SIGNATURE**

Douglas Pool
Signed on: 03/05/2024 @ 07:22

**QUESTIONS ABOUT YOUR INSPECTION?**

Douglas Pool
dpool@cityofbryan.com
4196336090

# Exhibit D

# BRYAN FIRE DEPARTMENT
### INSPECTION REPORT
**BLDG 226 S MAIN, 226 S MAIN ST, BRYAN OH 43506**



### DETAILS

Inspection Date: 04/24/2024 | Inspection Type: Complaint | Inspection Number: 67 | Shift:  N/A  | Station: Bryan Fire Department |
Unit:  N/A  | Lead Inspector: Douglas Pool | Other Inspectors: Jeremy Miklovic

### VIOLATIONS AND COMPLIANCES

Showing only violations and images for this inspection. Please reach out to the lead inspector for more details.
Resolved Violations: 0 | Passed Codes: 0 | Violations: 2 | N/A Codes: 0

| STATUS | CODE | DESCRIPTION |
|---|---|---|
| **FAIL** | 102.3.3 - Change of use or occupancy | Changes shall not be made in the use or occupancy of any structure that would place the structure in a different division of the same group or occupancy or in a different group of occupancies, unless such structure is made to comply with the requirements of this code and the building code as listed in rule 1301:7-7-80 of the Administrative Code. Subject to the approval of the fire code official, the use or occupancy of an existing structure shall be allowed to be changed and the structure is allowed to be occupied for purposes in other groups without conforming to all the requirements of this code and the building code as listed in rule 1301:7-7-80 of the Administrative Code for those groups, provided the new or proposed use is less hazardous, based on life and fire risk, than the existing use.<br><br>Location: Building<br><br>Original Comment: A building with a Group A occupancy is being used as a Group R congregate living facility. Transient occupants are permitted to arrange furniture nightly to accommodate sleeping in a prone position. Blankets and pillows are being used by some sleeping occupants. The building has a shared bathroom/shower and limited kitchen facilities. 15 people sleeping at time of inspection. |

| STATUS | CODE | DESCRIPTION |
|--------|------|-------------|
| **FAIL** | 903.2.8 - Group R | An automatic sprinkler system installed in accordance with paragraph (C)(3) (903.3) of this rule shall be provided throughout all buildings with a Group R fire area. Exceptions: 1. An automatic sprinkler system installed in accordance with paragraph (C)(3)(a)(ii)(903.3.1.2) of this rule shall be allowed in buildings, or portions thereof, of Group R. 2. An automatic sprinkler system installed in accordance with paragraph (C)(3)(a)(iii)(903.3.1.3) of this rule shall be allowed in R-3 and R-4 buildings. 3. An automatic sprinkler system installed in accordance with paragraph (C)(3)(a)(ii)(903.3.1.2) or (C)(3)(a)(iii)(903.3.1.3) of this rule shall be allowed in one, two or three family dwellings constructed of industrialized units. 4. Buildings of Group R-2 permitted to have a single exit per section 1018.2 of the building code as listed in rule 1301:7-7-80 of the Administrative Code where: 4.1 The exit is constructed as an exterior stair per section 1022 of the building code as listed in rule 1301:7-7-80 of the Administrative Code 4.2 The dwellings egress directly into an exit. 4.3 Two-hour fire barriers divide the building into fire areas with a maximum of two dwelling units per floor and not more than six units per fire area, and; 4.4 All units in the fire area must have separations as required by section 708.1 of the building code as listed in rule 1301:7-7-80 of the Administrative Code for dwelling units. |

Location: Building

Original Comment: Automatic sprinkler system shall be provided throughout building with Group R fire area. Sanctuary is being used as a sleeping area. Sleeping areas are Group R fire areas

---

### REINSPECTION DATE

05/24/2024

---

### FEE

Invoice Date:  N/A  |  Inspection Fee:  N/A  |  Date Paid:  N/A  |  Amount Paid:  N/A  |  Invoice Number:  N/A  |  Check Number:  N/A  | Transaction Number:  N/A

---

### CONTACT SIGNATURE

Chris Avell
Signed on: 04/24/2024 @ 05:59

*INSPECTOR SIGNATURE*

Douglas Pool
Signed on: 04/24/2024 @ 06:17



*QUESTIONS ABOUT YOUR INSPECTION?*

Douglas Pool
dpool@cityofbryan.com
4196336090

# Exhibit E

# City of Bryan, Williams County
# CITATION AND ORDER #86-001
# NOTICE OF PROPOSED PENALTY

Christopher Avell
Riehle Rentals, Limited Liability Company –Statutory Agent Delton Riehle

Known as the owner, lessee, agent, occupant or operator of the property described herein and/or being responsible for compliance with the OHIO FIRE CODE (OFC) as it relates thereto, notice is hereby given to the persons whose names are inscribed above (You), as follows:

On the 24 day of, April, 2024, Douglas A Pool, a Certified Fire Safety Inspector employed by the City of Bryan, Certification No. 75438, inspected the following:

Dad's Place
226 South Main Street
Bryan, Ohio 43506

The Inspector found that there is reason to believe that you violated the Ohio Administrative Code (OAC) known as the Ohio Fire Code (OFC) as described below and, therefore, pursuant to Ohio Revised Code Sections (R.C.) §§3737.42, 3737.43 and 3737.51, a civil penalty has been assessed against you for each such violation as follows:

1.      OAC 1301:7-7-09 (C) OFC 102.3.3: Changes shall not be made in the use or occupancy of any structure that would place the structure in a different division of the same group or occupancy or in a different group of occupancies, unless such structure is made to comply with the requirements of this code and the building code as listed in rule 1301:7-7-80 if the Administrative Code. Subject to the approval of the fire code official, the use or occupancy of an existing structure shall be allowed to be changed and the structure is allowed to be occupied for purposes in other groups without conforming to all the requirements of this code and the building code as listed in rule 1301:7-7-80 if the Administrative Code for those groups, provided the new or proposed use is less hazardous, based on life and fire risk, than the existing use.

A building with a Group A Occupancy is being used as a Group R, congregate living facility. Transient occupants are permitted to arrange furniture nightly to accommodate sleeping in a prone position. Blankets and pillows are being used by sleeping occupants. The building has shared bathroom/shower and limited kitchen facilities.

2.      OAC 1301:7-7-09 (C) OFC 903.2.8: An automatic sprinkler system installed in accordance with paragraph (C) (3) 903.3) of the Ohio Fire Code shall be provided throughout all buildings with a Group R fire area. A portion of the building is being used as a Group R, congregate living facility

Civil Penalty pursuant to R.C. §3737.51 (B) and/or (C): $1000.00

Wherefore, pursuant to the authority vested in me by R.C. §3737.42 and OAC 1301:7-7-01 (I), OFC 109, you are hereby **ORDERED** to abate the violations set forth above by taking the following corrective measures within **seven (7)** days:

1.      Do not permit sleeping accommodations in any portion of the building.

Additional Civil Penalty for each violation, if not corrected within **seven (7)** days, pursuant to R.C. §3737.51 (D): **$1,000 per day for each violation that continues past seven (7) day.**

Those sections of the Revised Code pertaining particularly to the issuance and process of this citation, together with penalties, are set forth below or are attached to this Citation.

**Take notice** that R.C. §3737.42 (C) requires the Responsible Person to post this Citation or a copy or copies thereof at or near each place of violation. **Failure to prominently post this Citation shall, in accordance with R.C. §3737.51 (E), result in the assessment of an additional civil penalty of not more than one thousand dollars ($1,000) for each posting violation.**

You are further notified that you are entitled to an appeal hearing before the Ohio Board of Building Appeals (BBA), 6606 Tussing Road, Reynoldsburg, Ohio 43068, 614-644-2616, if your request for such hearing is received in the office of the BBA within thirty (30) days after receipt of this citation. A copy of this citation shall be attached to your request. At such hearing, you may: 1) present your position, arguments, or contentions in writing; or 2) appear in person or by your attorney and you may present evidence and examine witnesses for and against you. To request an appeal hearing, send a written request to the BBA at 6606 Tussing Road, Reynoldsburg, Ohio 43068 along with a check or money order for $200.00 made payable to "Treasurer, State of Ohio" to the BBA's address specified above.

Please be advised that if you do not request a hearing within thirty (30) days of the date of receipt of this citation, the citing authority, may, in its discretion, pursue further enforcement of this Citation, Order and Penalty through the common pleas court in the county in which the property is located.

Witness my signature at Bryan, Ohio, this 24 day of April, 2024.

_____
Douglas A Pool, CFSI 75438

This is to certify that on the 24 day of April, 2024, this citation was issued to the responsible person(s) whose name is entered on the front side hereof in the following manner.

Certified US. Mail No.

By:     Fire Chief Douglas A Pool

For further information regarding this citation, contact the City of Bryan Fire Chief at 419 633 6080

cc:     State Fire Marshal
        **City of Bryan Prosecutor**