IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dad's Place of Bryan, Ohio, | Case No. 3:24 CV 122 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| City of Bryan, et al., | |
| Defendants. | |

The latest Joint Status Report (Doc. 68) requests additional time until **August 22** to resolve this case.  That request is granted.  If a Dismissal is not filed before that date, an In-Person Conference with counsel will be held on **Friday, August 22, 2025 at 9 AM** to discuss the best next steps.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 6, 2025